AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lewis Bernard Hall | ) | Case No. 5:14-mj-568-HGD |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 29, 2014 - December 8, 2014** in the county of **Madison** in the **Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 666 | Bribery concerning programs receiving federal funds |

This criminal complaint is based on these facts:

see attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Thomas M. Mayhall
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/08/2014

_____
Judge's signature

City and state: Huntsville, Alabama

Harwell G. Davis, III, US Magistrate Judge
Printed name and title